the FCC's rejection of PBC's motion to amend its license application was both reasonable and within the Commission's discretion. The decision of the Commission denying PBC's application is therefore

*Affirmed.*

vember 23, 1993 be, 11 F.3d 170, and the same hereby is, vacated.

A future order will govern further proceedings.

■

**ACTION FOR CHILDREN'S TELEVISION, et al., Petitioners,**

v.

**FEDERAL COMMUNICATIONS COMMISSION, United States of America, Respondents.**

Nos. 93–1092, 93–1100.

United States Court of Appeals, District of Columbia Circuit.

Feb. 16, 1994.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

**ALLIANCE FOR COMMUNITY MEDIA; The Alliance For Communications Democracy; People for the American Way, Petitioners,**

v.

**FEDERAL COMMUNICATIONS COMMISSION, United States of America, Respondents**

**and Consolidated Cases.**

No. 93–1169.

United States Court of Appeals, District of Columbia Circuit.

Feb. 16, 1994.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

***ORDER***

PER CURIAM.

Respondents' Suggestion For Rehearing *In Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *in banc*, that the suggestion is granted and these cases will be reheard by the court sitting *in banc*. It is

FURTHER ORDERED, by the court *in banc*, that the judgment filed herein on No-

***ORDER***

PER CURIAM.

Respondents' Suggestion For Rehearing *In Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular, active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *in banc*, that the suggestion is granted and these cases will be reheard by the court sitting *in banc*. It is